Gun

FILED
2008 AUG 12 PM 4: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 MJ 2500

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | Magistrate Case Number: _____ |
| Plaintiff,   ) | COMPLAINT FOR VIOLATION OF |
| v.   ) | Title 21, U.S.C., Sections 952 and 960 |
| Fabian AGUNDEZ   ) | Importation of a Controlled Substance |
| Defendant,   ) | |

The undersigned complaint being duly sworn states:

On or about August 11, 2008, within the Southern District of California, Fabian AGUNDEZ, did knowingly and intentionally import approximately 34.90 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION and
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF AUGUST, 2008.

_____
MAGISTRATE JUDGE

Arrest 8/12/08

PROBABLE CAUSE STATEMENT

I declare under penalty of perjury the following statement is true and correct.

On August 11, 2008 at approximately 7:15 PM, Mr. Fabian AGUNDEZ entered the United States from the Republic of Mexico at the Otay Mesa Port of Entry, Otay Mesa California in a 1993 silver Mitsubishi Montero bearing U.S. California plates 5UAE721. During primary inspection at lane 03, U.S. Customs and Border Protection (CBP) Officer Leticia Ruiz came in contact with the vehicle and the driver. AGUNDEZ presented a California Drivers license (CA/DL B7007457) and a United States birth certificate. CBPO Ruiz obtained two negative declarations from AGUNDEZ. AGUNDEZ stated that his wife was having a baby. CBPO Ruiz searched records of previous crossings and noticed only one crossing. AGUNDEZ was asked about vehicle ownership and stated that the vehicle did not belong to him. When asked about the reason for his trip to Mexico, AGUNDEZ responded that his grandfather had cancer and spent 8 hours visiting him. AGUNDEZ was referred to secondary for further investigation.

Once referred to secondary, CBP Officer Moore responded with a Narcotic/Human Detection Canine. The canine alerted to the rear of the vehicle and underneath the gas tank. AGUNDEZ was removed and escorted to the Secondary Patdown Building.

Thereafter, CBP Officer Moore asked CBP Officer Carlos Vargas to inspect a Mitsubishi Montero bearing plate CA/US 5UAE721 that the narcotics detection dog had alerted to. During the search, CBP Officer Vargas noticed a bulk under the rear

seat. CBP Officer Vargas lifted the back seat, and noticed that it was heavy. CBP Officer Vargas cut a hole in the carpet under the rear seat and saw packages inside. The inspection of the vehicle was then turned over to secondary after the discovery of the packages.

At approximately 10:10 PM in the Secondary Inspection area CBP Officer Kate Smolkovich was assigned as the seizing officer. Packages were visible in a compartment under the rear seat. The packages field-tested positive for marijuana. CBP Officer Smolkovich removed three packages from the compartment under the rear seat. Further inspection of the vehicle revealed tampering with the gas tank. A contracted mechanic removed the gas tank where a dry, metal, man-made compartment was found inside the gas tank. CBP Officer Smolkovich discovered twelve packages within the gas tank compartment. In all, 15 packages were removed with a total weight of 34.90 kilograms (76.78 pounds).

After being advised of his Miranda rights, AGUNDEZ admitted to crossing narcotics into the U.S. in the 1993 Mitsubishi Montero. AGUNDEZ admitted that the car was not his and that an Edgar Munoz had his car. AGUNDEZ was instructed to take the vehicle to the Arco gas station near the Otay Mesa POE. There, AGUNDEZ was to leave the car with the keys left in it. AGUNDEZ said that he knowingly transported narcotics, but he did so under duress.

AGUNDEZ was arrested and charged with violation of Title 21 United States Code, Sections 952 and 960. AGUNDEZ, who is a U.S.

citizen, was booked into the Metropolitan Correctional Center in San Diego, California. The marijuana and vehicle were seized by the U.S. Customs and Border Protection.