✏AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ Gregory T. Murphy |
| Date | Signature |
|  | Print Name                                    Bar Number |
|  | Address |
|  | City              State              Zip Code |
|  | Phone Number                              Fax Number |

1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Fabian Agundez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ2500 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| FABIAN AGUNDEZ, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     August 21, 2008         /s/ Gregory T. Murphy
                                   **GREGORY T. MURPHY**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Fabian Agundez